JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MEHRABAN; ELHAM MEHRABAN; ALAN MEHRABAN; ARIELLE MEHRBAN; DANIELLE MEHRABAN; AND MORRIS MEHRABAN AND ELHAM MEHRABAN DEMAND RIGHT TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its own name and as Receiver for IndyMac Bank, F.S.B., Pasadena, CA; DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 08-05964 MMM (AJWx)<br><br>JUDGMENT AFFIRMING FINDINGS AND DECISION OF FEDERAL DEPOSIT INSURANCE CORPORATION |

On August 5, 2011, following trial on the administrative record, the court filed its Findings of Fact and Conclusions of Law in this action.  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the findings of the Federal Deposit Insurance Corporation, pursuant to the Federal Deposit Insurance Act ("FDIA"), as amended, 12 U.S.C. §§ 1811 et seq., are affirmed; and

2. That this action be, and it hereby is, dismissed.

DATED: August 30, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE